UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER ALLEN CAIN,<br><br>          Plaintiff,<br><br>   v.<br><br>OZZIE KNEZOVICH, LAWRENCE HASKEL, ANNETTE S. PLESE, KHQ 6, STEVEN W. MARSALIS, THOMAS N. TREPPIEDI, WILLIAM H. GRANT, TIMOTHY W. FITZGERALD and MICHAEL MORRISON,<br><br>          Defendants. | NO: 2:16-CV-423-RMP<br><br>ORDER DISMISSING COMPLAINT |

By Order filed February 22, 2017, the Court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty (60) days. ECF No. 8. Plaintiff, a *pro se* prisoner proceeding *in forma pauperis,* initiated this action while housed at the Spokane County Jail. He was subsequently moved to the Sunnyside Corrections Center and mail was forwarded

ORDER DISMISSING COMPLAINT -- 1

to him at that address. Plaintiff did not comply with the Court's directive and has filed nothing further in this action.

Plaintiff sought unspecified injunctive relief and monetary damages, claiming he was subjected to defamation/cruel unusual punishment, denial of access to the courts, violation of due process, libel and slander, emotional distress, denial of a fair trial, conspiracy, and supervisor liability. Plaintiff did not provide factual support for his allegations.

For the reasons set forth in the Court's prior Order, **IT IS ORDERED** the complaint is **DISMISSED without prejudice** to Plaintiff challenging his state criminal proceedings in appropriate state court and habeas proceedings.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, forward copies to Plaintiff, and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** September 26, 2017.

                                          *s/ Rosanna Malouf Peterson*
                                         ROSANNA MALOUF PETERSON
                                          United States District Judge